# AFFIDAVIT OF SERVICE

| Case: 2:09-BK-14566-EPB | Court: In the United States Bankruptcy Court In and for the District of Arizona | County: Maricopa | Job: 8035239 |
|---|---|---|---|
| Plaintiff / Petitioner: Mathew Schofield | | Defendant / Respondent: Judith Suzanne Schofield | |
| Received by: All About Serving Process Server | | For: Mathew Schofield Pro per | |
| To be served upon: Attorney General Bankruptcy Court | | | |

I Darren Mays, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein:

**Recipient Name / Address:** Attorney General Bankruptcy Court, 40 N Central Ave, Phoenix, AZ 85004
**Manner of Service:** Government Agency, Dec 2, 2022, 11:55 am MST
**Documents:** Order Granting Application for Payment Of Unclaimed Funds, Application for Payment Of Unclaimed Funds, Request For Payee Information And TIN Certification, The Judith S. Schofield Irrevocable Special Needs Trust

**Additional Comments:**
1) Successful Attempt: Dec 2, 2022, 11:55 am MST at 40 N Central Ave, Phoenix, AZ 85004

Personal service by hand-delivering documents to Augustin Arvizo an Administrative Services Specialist authorized to accept service on behalf of the Attorney General Bankruptcy Court.

received by Attorney General Bankruptcy Court. Age: 40's ; Ethnicity: Hispanic; Gender: Male; Weight: 190; Hair: Black;

Fees: $135.00

*Darren Mays* 12/02/2022
_____
Darren Mays          Date
#8614

All About Serving Process Server
625 W Southern Ave Suite E-128
Mesa, AZ 85210
480-809-5366

**FILED**
DEC 12 2022
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA