**ANTHONY H. MASON**
CHAPTER 7 TRUSTEE
PO BOX 30273
PHOENIX, AZ 85046
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JUDITH SUZANNE SCHOFIELD | Case No. 2:09-bk-14566-EPB |
| | **NOTICE OF TURNOVER OF SURPLUS FUNDS TO CLERK OF US BANKRUPTCY COURT** |
| Debtor. | |

NOTICE IS HEREBY GIVEN that pursuant to Amended Order at DE 48 surplus funds in the amount of $36,339.62 has been turned over to the Clerk of the US Bankruptcy Court in the name of Judith Suzanne Schofield with an address of 2224 W. Emelita Avenue, Mesa, Arizona 85202.

Any request for distribution of the surplus funds will be made to the Clerk of the Bankruptcy Court, and proper service of said request will be made to all interested parties.

DATED this 13th day of December 2022.

/s/ Anthony H Mason
Anthony H Mason, Trustee