FORM defuncfd

# UNITED STATES BANKRUPTCY COURT
District of Arizona

## DEFICIENCY NOTICE RE: APPLICATION FOR UNCLAIMED FUNDS

CASE NAME: JUDITH SUZANNE SCHOFIELD
CASE NUMBER: 2:09–bk–14566–EPB
DOCKET NUMBER: 63
DOCUMENT FILING DATE: 01/19/23
DOCUMENT TITLE: APPLICATION FOR UNCLAIMED FUNDS

TO: MATTHEW ALLEN SCHOFIELD, CLAIMANT

The document you have filed cannot be further processed until you comply with the following.
**Return a copy of this memorandum with any subsequent documents 30 days from the date of this Notice.**

- ☐ Application must be signed by claimant(s).
- ☐ Submit a Notice of Service.
- ☐ Notice of Service must be signed.
- ☐ Submit a document that you resided at or conducted business from the address on the Court's record, such as a copy of a paycheck stub, tax form, utility bill, bank statement.
- ☐ Submit a document that verifies your current address.
- ☐ Submit a copy of a government–issued photo ID, such as, Passport, Military ID or a valid and current Driver's License.
- ☐ Submit a completed and signed AO 213P form. If more than one claimant, both must submit a form.
- ☐ Any person or entity making a claim for funds as an officer, past officer or principal of a business must provide documentation to authorize disbursement of such funds in lieu of any other such officer or principal.
- ☐ Any person or entity making a claim for funds as the owner of either a current or a defunct business must provide reliable, verifiable documentation as to current or past ownership and right to receive said funds.
- ☐ Any person or entity making a claim for funds as a successor business must provide documentation establishing the chain of ownership from the original business claimant.

– – – NOTICE CONTINUES ON NEXT PAGE – – –

| | |
|---|---|
| ☐ | Any person or entity making a claim as a result of a purchase, transfer/assignment of claim must provide documentation evidencing the transfer of claim. |
| ☐ | Legal Representative for Deceased Claimant: Provide proof of identity of the owner of record. |
| ☐ | Legal Representative for Deceased Claimant: Provide a copy of a death certificate. |
| ☐ | Legal Representative for Deceased Claimant: Provide a certified copy of a letter of administration or a probated will. |
| ☑ | **OTHER:** 1) Submit a completed Proposed Order (a Proposed Order was submitted; however, it is incomplete).<br>2) Applicant/Claimant must send a copy of the Application for Payment of Unclaimed Funds and supporting documentation to the United States Attorney pursuant to 28 U.S.C. §2042 (see Page 2 of the Application).<br>3) Submit certified copies of probate documents or other documents authorizing the representative to act on behalf of the decedent or decedent's estate in accordance with applicable state law (e.g., small estate affidavit).<br>4) Submit documentation sufficient to establish the deceased Claimant's identity.<br>5) Submit a copy of a death certificate. |

**Date: February 15, 2023**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Khadijia V. White–Thomas**

By: JPW , Deputy Clerk
Phone: 602–682–4000